Form G-3 (20240417)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Marlon D Jenkins<br>AKA: Marlon Jenkins | ) | Chapter 7 |
| | ) | |
| | ) | No. 26-12422 |
| | ) | |
| Debtor(s) | ) | Judge Nancy A. Peterman |

**NOTICE OF MOTION**

TO: See attached list

PLEASE TAKE NOTICE that on September 25, 2026, at 10:00 A.M., I will appear before the Honorable Nancy A. Peterman,, or any judge sitting in that judge's place, **either** in courtroom 742 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the motion of Capital One Auto Finance, a division of Capital One, N.A. [to/for] Relief from the Automatic Stay, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 1617361962, and the passcode is 673499. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: Jennifer Rinn

Jennifer Rinn
Rinn Richman Law
P.O. Box 465
Chicago, IL 60690
Phone: (586) 899-5086
jennifer@rinnrichmanlaw.com

**CERTIFICATE OF SERVICE**

I, Jordan O'Neal,

☐ an attorney, certify

- or -

☒ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on September 17, 2026, at 5:00 PM *

/s/ Jordan O'Neal
[Signature]

*All applicable boxes must be checked and all blanks filled in.

SERVICE LIST

To UNITED STATES TRUSTEE: Adam G. Brief, Ustpregion11.es.ecf@usdoj.gov via electronic notification;
TRUSTEE: Frank J Kokoszka, trustee@k-jlaw.com via electronic notification;
ATTORNEY FOR DEBTOR: John P Wonais, john@wonaislaw.com via electronic notification;
Marlon D Jenkins Debtor, 9343 S Racine Ave, Chicago, IL 60620 via US Mail.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 7 |
| Marlon D Jenkins | ) | |
| aka: Marlon Jenkins | ) | Case No.26-12422 |
| | ) | |
| Debtor(s). | ) | Honorable Judge Nancy A. Peterman |

**MOTION FOR RELIEF FROM STAY**

NOW COMES Capital One Auto Finance, a division of Capital One, N.A., by and through its undersigned attorney, and as for its Motion for Relief from Stay, states as follows:

1. Capital One Auto Finance, a division of Capital One, N.A. is a creditor of the Debtor is seeking relief pursuant to 11 U.S.C. § 362.
2. On April 12, 2026, Debtor Marlon D Jenkins executed a Motor Vehicle Loan and Security Agreement for an interest in one, 2019 Cadillac Escalade Utility 4D Luxury 4WD 6.2L V8, VIN 1GYS4BKJ3KR329282 ("Contract"). A true and correct copy of the Contract is attached hereto as Exhibit "A".
3. Capital One Auto Finance, a division of Capital One, N.A. has a properly perfected interest in the Collateral, and said lien was noted upon the Certificate of Title in connection with the aforesaid motor vehicle. A true and correct copy of the Certificate of Title is attached hereto as Exhibit "B".
4. On July 28, 2026, the Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Bankruptcy Code.
5. As of September 16, 2026, the total debt owed to Capital One Auto Finance, a division of Capital One, N.A. was $41,264.14. Movant alleges the value of said motor vehicle is approximately $31,300.00 pursuant to a JD Power Valuation attached hereto as Exhibit "C".
6. As of September 16, 2026 and continuing through September 26, 2026, the payoff amount is $41,264.14 which includes $40,731.43 of Principal, $492.71 of interest and $40.00 of other charges.

7. The contract calls for consecutive monthly payments. At the time of default, the regular monthly payment amount due under the contract was $1,140.68.

8. Debtor defaulted in the contractual amount of $2,248.79. A copy of the payment history is attached as Exhibit "D".

9. Capital One Auto Finance, a division of Capital One, N.A. believes there is little to no equity in the property.

10. Debtor has not tendered proof of insurance to Movant.

11. Capital One Auto Finance, a division of Capital One, N.A. is requesting attorney fees and costs associated with the filing of this motion.

12. Capital One Auto Finance, a division of Capital One, N.A.'s collateral is a rapidly depreciating asset.

13. Movant's collateral is rapidly depreciating, and therefore should be allowed to immediately enforce and implement any Order Modifying the Automatic Stay that this Honorable Court may enter, notwithstanding Federal Bankruptcy Rule 400l(a)(4).

WHEREFORE, Capital One Auto Finance, a division of Capital One, N.A. prays this Honorable Court for the entry of an order modifying the automatic stay pursuant to 11 U.S.C. § 362 so as to allow Capital One Auto Finance, a division of Capital One, N.A. to take possession of one 2019 Cadillac Escalade Utility 4D Luxury 4WD 6.2L V8, VIN 1GYS4BKJ3KR329282, and to enforce its rights against the security in accordance with the agreement and/or applicable state laws and to find that Federal Rule 400l(a)(4) of the Federal Rules of Bankruptcy Procedure is waived and thus Capital One Auto Finance, a division of Capital One, N.A. may immediately enforce and implement the Order Modifying the Automatic Stay and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

*/s/ Jennifer Rinn*

Jennifer Rinn
Rinn Richman Law
P.O. Box 465
Chicago, IL 60690
Phone: (586) 899-5086
jennifer@rinnrichmanlaw.com