UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Marlon D Jenkins<br><br>AKA: Marlon Jenkins<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 26-12422<br><br>Chapter: 7<br>Honorable Nancy A. Peterman |

**ORDER MODIFYING THE AUTOMATIC STAY**

This matter coming to be heard on the Motion of Capital One Auto Finance, a division of Capital One, N.A., to modify the automatic stay, adequate notice having been and this Court being advised on the premises, IT IS HEREBY ORDERED THAT:

1. The automatic stay of 11 U.S.C. § 362 is modified so as to not restrain Capital One Auto Finance, a division of Capital One, N.A., from pursuing in rem non bankruptcy remedies with respect to one 2019 Cadillac Escalade Utility 4D Luxury 4WD 6.2L V8, VIN 1GYS4BKJ3KR329282.

2. Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a), this Order will be effective immediately.

Enter:

Honorable Nancy A. Peterman
United States Bankruptcy Judge

Dated: September 25, 2026

**Prepared by:**

Jennifer Rinn

Rinn Richman Law

P.O. Box 465

Chicago, IL 60690

Phone: (586) 899-5086

jennifer@rinnrichmanlaw.com