**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Marlon D Jenkins<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–7608 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Illinois | | |
| Case number: | 26–12422 | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Marlon D Jenkins

November 2, 2026

**For the court:** Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 26-12422-NAP
Marlon D Jenkins Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: admin Page 1 of 3
Date Rcvd: Nov 02, 2026 Form ID: 318 Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marlon D Jenkins, 9343 S Racine Ave, Chicago, IL 60620-3619 |
| 32178208 | + | Albert Corp, 440 N Barranca Ave 3801, Covina, CA 91723-1722 |
| 32178212 | + | Anesi Ozman, 161 N Ckark St 21st FL, Chicago, IL 60601-3204 |
| 32178222 | + | Ch Metrocu, Attn: Bankruptcy, 3700 South Boulevard, Charlotte, NC 28209-2351 |
| 32178249 | + | Tbom/cci Mc, The Bank of Missouri, Attn: Bankruptcy, 906 N. Kingshighway, Perryville, MO 63775-1204 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: frank.kokoszka@txitrustee.com | Nov 03 2026 00:25:00 | Frank J Kokoszka, Kokoszka & Janczur, P.C., 11 East Adams Street, Suite 1107, Chicago, IL 60603 |
| 32178206 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 02 2026 23:11:58 | Affirm, 650 California St. 12th Floor, San Francisco, CA 94108-2716 |
| 32178207 | ^ | MEBN | Nov 02 2026 22:40:38 | Afterpay US, PO Box 328, San Francisco, CA 94104-0328 |
| 32178209 | + | Email/Text: bankruptcy@alliantcreditunion.com | Nov 03 2026 00:31:00 | Alliant Credit Union, Attn: Bankruptcy, Po Box 66945, Chicago, IL 60666-0945 |
| 32178210 | + | Email/Text: bankruptcy@alliantcreditunion.com | Nov 03 2026 00:31:00 | Alliant Cu, Attn: Bankruptcy, Po Box 66945, Chicago, IL 60666-0945 |
| 32178211 | + | Email/PDF: bncnotices@becket-lee.com | Nov 02 2026 23:11:56 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 32178213 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 03 2026 00:24:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 32178214 | + | Email/Text: bk@avant.com | Nov 03 2026 00:31:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 32178217 | | Email/Text: bankruptcynotices@hellobrigit.com | Nov 03 2026 00:24:00 | Brigit, 36W 20th St. FL 11, New York, NY 10011 |
| 32178215 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Nov 02 2026 23:12:11 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 32178216 | + | Email/Text: rm-bknotices@bridgecrest.com | Nov 03 2026 00:31:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, Po Box 53087 Suite 100, Phoenix, AZ 85072-3087 |
| 32178227 | | Email/Text: cfcbackoffice@contfinco.com | Nov 03 2026 00:25:00 | Continental Finance Co, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 32178218 | + | EDI: CAPITALONE.COM | Nov 03 2026 03:24:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 32178221 | + | EDI: CAPONEAUTO.COM | Nov 03 2026 03:24:00 | Capital One Auto Finance, Capital One Auto |

| | | | |
|---|---|---|---|
| | | | Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 32185920 | + EDI: AISACG.COM | Nov 03 2026 03:24:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 32178223 | + EDI: JPMORGANCHASE | Nov 03 2026 03:24:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 32178225 | + EDI: WFNNB.COM | Nov 03 2026 03:24:00 | Comenity Bank/Jared, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 32178226 | + EDI: PHINGENESIS | Nov 03 2026 03:24:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 32178228 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 02 2026 23:12:10 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 32178229 | Email/Text: resolutions@dave.com | Nov 03 2026 00:25:00 | Dave, 1265 S Cochran Ave, Los Angeles, CA 90019 |
| 32178230 | Email/Text: cxs-doc-access@earnin.com | Nov 03 2026 00:24:00 | Earnin, 200 Portage Ave., Palo Alto, CA 94306 |
| 32178231 | EDI: USBANKARS.COM | Nov 03 2026 03:24:00 | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 32178232 | ^ MEBN | Nov 02 2026 22:40:41 | Fundbox, 6900 Dallas Parkway, Plano, TX 75024-7144 |
| 32178233 | + EDI: PHINGENESIS | Nov 03 2026 03:24:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 32178235 | + EDI: IRS.COM | Nov 03 2026 03:24:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 32178238 | Email/Text: customerservice.us@klarna.com | Nov 03 2026 00:24:00 | Klarna, 629 N. High Street 3rd FL, Columbus, OH 43215 |
| 32178236 | + Email/Text: bankruptcy@kikoff.com | Nov 03 2026 00:24:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Fransico, CA 94111-1458 |
| 32178240 | Email/Text: ml-ebn@missionlane.com | Nov 03 2026 00:24:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 32178241 | + EDI: NFCU.COM | Nov 03 2026 03:24:00 | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 32178243 | + Email/Text: bankruptcy@webbank.com | Nov 03 2026 00:24:00 | New Wave Card/webbank/, Attn: Bankruptcy, P.O.Box 757, Portmouth, NH 03802-0757 |
| 32178244 | + Email/Text: bkrgeneric@penfed.org | Nov 03 2026 00:24:00 | PenFed CU, Attn: Bankruptcy, P.O.Box 1432, Alexandria, VA 22313-1432 |
| 32178245 | Email/Text: bankruptcy@snapfinance.com | Nov 03 2026 00:24:00 | Seen Finance/ccb, Attn: Bankruptcy, 1193 W 2400 S, West Valley City, UT 84119 |
| 32178246 | + Email/PDF: SoFiBKNotifications@resurgent.com | Nov 02 2026 23:12:29 | SoFi, Attn: Bankruptcy, 2750 East Cottonwood Pky, Ste 300, Salt Lake City, UT 84121-7285 |
| 32178247 | + EDI: AGFINANCE.COM | Nov 03 2026 03:24:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 32178248 | ^ MEBN | Nov 02 2026 22:40:51 | Springlight Financial, Attn: Bankruptcy, P.O.Box 143514, Irving, TX 75014-3514 |
| 32178251 | + Email/Text: UpStart@ebn.phinsolutions.com | Nov 03 2026 00:30:00 | Upst/drb, Dr Bank Loan Operations, Attn: Bankruptc, P.O. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32178234 | | Insurance Selfreported |
| 32178237 | | Kikoff Lending Llc |
| 32178219 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 32178220 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 32178224 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 32178239 | *P++ | KLARNA INC, ATTN BANKRUPTCY, PO BOX 8116, COLUMBUS OH 43201-0116, address filed with court:, Klarna, 629 N. High Street 3rd FL, Columbus, OH 43215 |
| 32178242 | *+ | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 32178250 | *+ | Tbom/cci Mc, The Bank of Missouri, Attn: Bankruptcy, 906 N. Kingshighway, Perryville, MO 63775-1204 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| Frank J Kokoszka | trustee@k-jlaw.com ecf.alert+kokoszka@titlexi.com |
| Jennifer M Rinn | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. Jennifer@rinnrichmanlaw.com, IL.ECF@AISINFO.COM |
| John P Wonais | on behalf of Debtor 1 Marlon D Jenkins john@wonaislaw.com wonais.johnp.r117896@notify.bestcase.com |

TOTAL: 4